UNITED STATES of America,
Plaintiff–Appellee

v.

Billy WALLACE, Defendant–Appellant.

No. 09–10216
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 20, 2009.

Nancy E. Larson, Assistant U.S. Attorney, U.S. Attorney's Office, Fort Worth, TX, for Plaintiff–Appellee.

William Reagan Wynn, Kearney Wynn, Fort Worth, TX, for Defendant–Appellant.

Before WIENER, BENAVIDES, and STEWART, Circuit Judges.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.

PER CURIAM: *

Appealing the judgment in a criminal case following a remand for resentencing, Billy Wallace raises arguments that are foreclosed by the law of the case doctrine. *See United States v. Matthews,* 312 F.3d 652, 657 (5th Cir.2002) (holding that under the law of the case doctrine, an issue of fact or law decided on appeal may not be reexamined by the appellate court on a subsequent appeal). Even if we were to consider his arguments on the merits, they are foreclosed by *United States v. Mitchell,* 484 F.3d 762, 776 (5th Cir.2007), in which we held that there is no right under the Confrontation Clause at sentencing. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.

